**Electronically Filed**
**Supreme Court**
**SCWC-22-0000452**
**14-AUG-2025**
**07:50 AM**
**Dkt. 7 ODAC**

SCWC-22-0000452

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

DAVID S. CICHY, also known as Dave Scott Cichy,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000452; CASE NO. 1FFC-22-0000169)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellant David S. Cichy, also known as David Scott Cichy's application for writ of certiorari filed on July 5, 2025, is rejected.

DATED:  Honolulu, Hawaiʻi, August 14, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

